**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

Irene Carpenter

      Plaintiff                         CASE NO.: 2:20-cv-214

                                          JUDGE: Algenon L. Marbley

      v.                                 Magistrate: Kimberly A. Jolson

True Solution, Inc., *et al.*

      Defendants,

### PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

Now comes Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), respectfully requests dismissal of the above-referenced action with prejudice. The Parties settled this case. Defendant is *pro se*. Defendant resides in California. The Parties settled this matter pursuant to a payment plan which Defendant partially completed.

Plaintiff has been unable to contact Defendant regarding satisfying the payment plan. Plaintiff is willing to resolve this matter despite failing to receive full payment from Defendant. Plaintiff does not believe it is an efficient use of her time or resources to pursue Defendant in California regarding the final payment installment.

Accordingly, Plaintiff hereby moves this court pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss this case with prejudice.

WHEREFORE, FOR GOOD CAUSE SHOWN, Plaintiff's Motion For Dismissal with Prejudice should be granted.

        Respectfully submitted,

        */s/Jeremiah E. Heck (per consent)*
        Jeremiah E. Heck (0076742)
        Luftman, Heck & Associates, LLP
        580 East Rich Street
        Columbus, Ohio  43215
        Phone: (614) 224-1500
        Fax: (614) 224-2894
        jheck@lawLH.com

        */s/ Brian M. Garvine*
        Brian M. Garvine (0068422)
        Law Offices of Brian M. Garvine, LLC
        5 East Long Street, Suite 1100
        Columbus, Ohio 43215
        Phone: (614) 223-0290
        Fax: (614) 221-3201
        brian@garvinelaw.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was served upon the following via electronic mail on this 17th day of February 2021:

Catherine Delcin
261 E. Rowland Street
Covina, CA  91723
info@delcin.consulting

Brian T. Giles
The Law offices of Brian T. Giles, LLC
1470 Apple Hill Road
Cincinnati, Ohio 45230
Brian@gilesfirm.com
*Attorneys for Defendant*
 *True Solution, Inc.*

        */s/ Brian M. Garvine*
        Brian M. Garvine  (0068422)
        *Attorney for Plaintiff*